# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF GEORGIA
# SAVANNAH DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| v. ) | **CASE NO: 4:22-CR-016** |
| ) | |
| **SHAQUANDRA WOODS,** ) | |
| **COURTNEY GILCHRIST, and** ) | |
| **KENNETH JACKSON** ) | |

## UNITED STATES' OPPOSITION TO DEFENDANT WOODS' MOTION FOR A NEW SCHEDULING ORDER

The United States opposes Defendant Shaquandra Woods' Motion for a New Scheduling Order (the "Motion"). *See* (Doc. 191.) Defendant Woods requests a new scheduling order on the basis that "[r]ecently" she "was served with another five hundred and fifty-six (556) new pages of discovery." (*Id.*) Presumably, Ms. Woods is referring to a discovery production made on May 5, 2023. As the Government noted in the discovery letter accompanying the production as well as the cover email notifying counsel of the production, the documents produced on May 5, 2023 are identical to documents previously produced, with the exception that they are certified copies. Because Defendant Woods has previously received these documents, the Government opposes her Motion.

Accordingly, the Government respectfully requests that Defendant Woods' Motion be denied.

Respectfully submitted, this 8th day of May 2023.

                                              JILL E. STEINBERG
                                              UNITED STATES ATTORNEY

                                              ***/s/ Jennifer G. Solari***
                                              Jennifer G. Solari
                                              Assistant United States Attorney
                                              Senior Litigation Counsel

                                              ***/s/ Ryan C. Grover***
                                              Ryan C. Grover
                                              Assistant United States Attorney
                                              South Carolina Bar No. 101218

22 Barnard Street, Suite 300
Savannah, Georgia 31412
Telephone: (912) 652-4422
Facsimile: (912) 652-4991
Email: jennifer.solari@usdoj.gov
Email: ryan.grover@usdoj.gov

## CERTIFICATE OF SERVICE

This is to certify that I have on this day served all the parties in this case in accordance with the notice of electronic filing ("NEF") which was generated as a result of electronic filing in this Court.

This 8th day of May 2023.

                              Respectfully submitted,

                              JILL E. STEINBERG
                              UNITED STATES ATTORNEY

                              ***/s/ Ryan C. Grover***
                              Ryan C. Grover
                              Assistant United States Attorney