UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO:   4:22-CR-16 |
| ) | |
| WOODS ET AL. ) | |

## ORDER

Based upon the motion of the Government, and for good cause shown therein, the Government's motion for leave of absence is **GRANTED** for the following dates:

a) July 24, 2023 through July 27, 2023 inclusive, for the purpose of personal travel.

b) August 1, 2023 through August 2, 2023, inclusive, for the purpose of training.

**IT IS FURTHER ORDERED** that should a hearing be set during those dates; a substitute Assistant United States Attorney may handle the matter.

**SO ORDERED,** this  7th  day of       July        2023.

_____
CHRISTOPHER L. RAY
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA