## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## SAVANNAH DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 4:22-CR-016-03 |
| ) | |
| KENNETH JACKSON ) | |

### JOINT NOTICE OF PRE-TRIAL DIVERSION AGREEMENT

Pursuant to Title 18, United States Code, Section 3161(h)(2), the United States and Defendant Kenneth Jackson, collectively, the "parties," hereby notify the Court that an Agreement for Pre-Trial Diversion ("Agreement") has been reached by the parties to resolve the charges pending in the Superseding Indictment against Defendant Kenneth Jackson. A copy of the Agreement is attached in Exhibit A.

Under the Agreement, Defendant Kenneth Jackson admitted to his role in the charged offenses of Conspiracy to Engage in Wire Fraud, in violation of 18 U.S.C. § 1349, and False Statement, in violation of 18 U.S.C. § 1001. Defendant Jackson has agreed to report to United States Probation under the terms outlined in the Agreement for a period of twelve months.

The parties have also filed a Joint Motion for Pre-Trial Diversion Continuance seeking to toll the Speedy Trial Act pursuant to the terms of the Agreement.

*Signatures follow on next page*

1

2

Respectfully submitted,

| */s/Jennifer G. Solari* | */s/ A.J. Balbo* |
|---|---|
| Jennifer G. Solari | A.J. Balbo |
| Assistant United States Attorney | Attorney for Defendant Jackson |
| Washington D.C. Bar #987167 | Balbo & Gregg, Attorneys at Law, P.C. |
| Post Office Box 8970 | P.O. Box 1297 |
| Savannah, Georgia 31412 | Richmond Hill, Georgia 31324 |
| Telephone: (912) 652-4422 | (912) 459-1776 |
| Email: jennifer.solari@usdoj.gov | Email: aj@balbogregg.com |